# IN THE SUPREME COURT OF THE STATE OF NEVADA

PAOLO GIOVANNI PRONESTI,
              Appellant,

vs.

MACINA MARIE RAMETTA,
              Respondent.

No. 74426

**FILED**

DEC 1 8 2017

*ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Charles J. Hoskin, District Judge, Family Court Division
       Paolo Giovanni Pronesti
       Macina Marie Rametta
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

(O)-1947

17-43640